*June 21, 2017*

2017-Ohio-4418.]

**2013–2026. In re Rev. of Alternative Energy Rider Contained in Tariffs of Ohio Edison Co.** Public Utilities Commission, No. 11–5201-EL–RDR. On request for clarification and guidance regarding the court's notice of oral argument. Request stricken as untimely. The parties shall determine how to share the time allotted to each side.